UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DALE WINTERS** | * | **CIVIL ACTION NO. 2:15-cv-553** |
| **DOC # 97431** | * | **SECTION P** |
| | * | |
| **v.** | * | **JUDGE MINALDI** |
| | * | |
| | * | |
| **VIC SALVADOR** | * | **MAGISTRATE JUDGE KAY** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 9) of the Magistrate

Judge previously filed herein, after an independent review of the record, a *de novo* determination

of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED** and

**DISMISSED WITHOUT PREJUDICE** for failing to exhaust available state court remedies.

Lake Charles, Louisiana, this 26 day of ___March___, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE